UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brud Rossmann, ) | |
| ) | |
| Plaintiff, ) | Case: 1:17-cv-01124 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 6/9/2017 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| Crystal Lustig *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "[A] complaint that is excessively long, rambling, disjointed,

1

incoherent, or full of irrelevant and confusing material does not meet [Rule 8's] liberal pleading requirement." *T.M. v. D.C.*, 961 F. Supp. 2d 169, 174 (D.D.C. 2013).

Plaintiff is a District of Columbia resident. He purports to sue a U.S. Probation Officer, former First Lady Michelle Obama, and three "John Doe[s]." Compl. Caption. The rambling complaint contains no factual allegations against the named probation officer; plaintiff's allegation that Mrs. Obama, along with former President Barack Obama, "effected [his] false imprisonment," Compl. ¶ 28, has no basis in law or fact; and no other defendants are identified in the caption of the complaint. *See* LCvR 11.1 (requiring the "first filing" to include "in the caption the name and full residence address or official address of each party"). Consequently, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: May 30, 2017

United States District Judge